IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO:

| | |
|---|---|
| RUDOLPH KARZMAR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STELLAR RECOVERY, INC., )<br>)<br>Defendant. ) | **COMPLAINT** |

## INTRODUCTION

1. This action arises out of Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Minnesota, personal jurisdiction is established.

4. Venue in the United States District Court is proper under 28 U.S.C. § 1391(b)(1).

## PARTIES

5. Plaintiff is a natural person residing in Kingston, Washington.

6. Defendant is a national collection agency with its principle place of business at 16 McLeland Road, St. Cloud, Minnesota.

7. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6).

8. At all times relevant to this Complaint, Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of Minnesota.

## FACTUAL ALLEGATIONS

9. In or around February 2010, Defendant began placing collection calls several times per week to Plaintiff's telephone number looking for "Timothy Blystunicer."

10. Plaintiff has repeatedly informed Defendant that he is not "Timothy Blystunicer," that he does not know "Timothy Blystunicer," and not to call him.

11. Defendant informed Plaintiff it would remove his phone number from its call list.

12. Despite the aforementioned, Defendant continued to place collection calls to Plaintiff until in or around July, 2010.

13. Defendant places collection calls from many numbers including, but not limited to, (888)613-0237, (888)318-7041, and (888)613-0232.

## COUNT ONE:
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692 et seq.

14. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. Defendant violated *§1692d* of the FDCPA when Defendant's engaged in conduct the natural consequence of which was to harass, oppress or abuse Plaintiff in connection with the collection of a debt which does not belong to Plaintiff; and,

   b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and/or harass Plaintiff.

15. Plaintiff is entitled to his attorney's fees and costs incurred in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant for the following:

   a. Statutory damages pursuant to 15 U.S.C. § 1692k
   b. Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and
   c. Awarding such other and further relief as may be just, proper and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff is entitled to and hereby respectfully demands a trial by jury.  US Const. amend. 7.  Fed.R.Civ.Pro. 38.

**KROHN & MOSS, LTD**

Dated: November 8, 2010

By: s/ Lee Cassie Yates
   Lee Cassie Yates - # 352688
   120 West Madison Street, 10th Floor
   Chicago, Illinois 60602
   Telephone: (312) 578-9428
   cyates@consumerlawcenter.com

   *Attorney for Plaintiff*

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF WASHINGTON      )
                         ) ss.
COUNTY OF KITSAP         )

Plaintiff, Rudolph Karzmar, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

_____
Rudolph Karzmar