## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### CIVIL NO: 0:10-cv-04496-DWF-LIB

| | | |
|---|---|---|
| RUDOLPH KARZMAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| STELLAR RECOVERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.


**KROHN & MOSS, LTD.**

Dated: April 18, 2011

By: /s/Lee Cassie Yates
  Lee Cassie Yates (#352688)
  Attorneys for Plaintiff
  RUDOLPH KARZMAR
  120 West Madison Street, 10th Floor
  Chicago, IL  50502
  (312) 578-9428
  (866) 298-0898 – fax
  cyates@consumerlawcenter.com

Dated: April 18, 2011

MOSS & BARNETT, PA

By /s/ James R. Bedell

James R. Bedell (#351544)
Attorney for Defendant,
STELLAR RECOVERY, INC.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 877-5000
(612) 877-5999