UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rudolph Karzmar,                                              Civil No. 10-4496 (DWF/LIB)

           Plaintiff,

v.                                                            **ORDER FOR DISMISSAL**
                                                                   **WITH PREJUDICE**

Stellar Recovery, Inc.,

           Defendant.

---

Lee Cassie Yates, Esq., Krohn & Moss, Ltd., counsel for Plaintiff.

James R. Bedell, Esq., and Michael S. Poncin, Esq., Moss & Barnett, PA, counsel for Defendant.

---

      Based upon the Stipulation for Dismissal by all appearing parties, (Doc. No. [9]), and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-referenced matter is hereby **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney fees to any party.

Dated:  April 19, 2011          s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge